389 A.2d 163

Commonwealth v. Chase, Appellant.

Submitted March 16, 1977. Marilyn C. Zill, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN, J., dissents because he believes that the evidence is insufficient to sustain the guilty verdicts.

WATKINS, former P. J., did not participate in the consideration or decision of this case.